IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ROBERT ALLEN,**           ) | |
|                             ) | |
|      **Plaintiff,**         ) | |
|                             ) | |
|  -vs-                       ) | NO. 04-12-CJP |
|                             ) | |
| **EUGENE McADORY, MAJOR WINE, CRAIG** ) | |
| **S. MITCHELL, SERGEANT KLONTH**      ) | |
| **MINH T. SCOTT, and CHAD TODARO**    ) | |
|                             ) | |
|      **Defendants.**        ) | |

# JUDGMENT IN A CIVIL CASE

Defendant **EUGENE McADORY** was dismissed December 13, 2005 by an Order entered by United States Chief District Judge G. Patrick Murphy (Doc. 4).

Defendants **MAJOR WINE, CRAIG S. MITCHELL, SERGEANT KLONTH** and **MINH T. SCOTT,** were granted summary judgment on July 5, 2007 by an Order entered by United States Magistrate Judge Clifford J. Proud (Doc. 29).

The remaining issues came before this Court for jury trial The issues have been tried and the jury rendered its verdict in favor of Defendant **CHAD TODARO** and against Plaintiff **ROBERT ALLEN** (Doc. 65).

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants **EUGENE McADORY, MAJOR WINE, CRAIG S. MITCHELL, SERGEANT KLONTH, MINH T. SCOTT,** and **CHAD TODARO** and against plaintiff **ROBERT ALLEN.**

Plaintiff shall take nothing from this action.

**DATED** this 1st day of August, 2007

**NORBERT G. JAWORSKI, CLERK**

**BY: S/ Angela Vehlewald**
   **Deputy Clerk**

**Approved by     S/ Clifford J. Proud**
   **United States Magistrate Judge**
   **Clifford J. Proud**